FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CHRISTOPHER PRICE,               ) CASE NO. CV 07-6584 DOC (FFM)
                                 )
            Petitioner,          )
                                 ) JUDGMENT
       v.                        )
                                 )
ROBERT HOREL, Warden,            )
                                 )
            Respondent.          )
_____)

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 11, 2011

*[signature]*
DAVID O. CARTER
United States District Judge